IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JONATHAN THOMAS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GREASE GUARD, LLC d/b/a Rooftop Solutions and PATRICK MOLLOY,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-619-HLM |

### NOTICE OF CONCLUSION OF ARBITRATION

Plaintiff Jonathan Thomas, by and through the undersigned counsel, hereby gives notice to the Court of the conclusion of the Parties' arbitration, as required by the Court's May 7, 2014 Order. [Dkt. 9] The Parties reached a settlement as to the wages portion of Plaintiff's FLSA overtime claim. The arbitrator incorporated that settlement into her Final Award of costs and attorney's fees. Plaintiff intends to file a motion to confirm the arbitration award on Monday, June 26, 2017, if the Parties are unable to resolve the issue of payment before that time.

Respectfully submitted this 22nd day of June 2017.

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC**

*/s/ Matthew W. Herrington*

| | |
|---|---|
| 3100 Centennial Tower | Charles R. Bridgers |
| 101 Marietta Street, NW | Georgia Bar No. 080791 |
| Atlanta, Georgia 30303 | Kevin D. Fitzpatrick, Jr. |
| (404) 979-3150 Telephone | Georgia Bar No. 262375 |
| (404) 979-3170 Facsimile | Matthew W. Herrington |
| charlesbridgers@dcbflegal.com | Georgia Bar No. 275411 |
| kevin.fitzpatrick@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JONATHAN THOMAS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GREASE GUARD, LLC d/b/a Rooftop Solutions and PATRICK MOLLOY,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-619-HLM |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record. Because Defendants' counsel has not yet entered an appearance, I have also served an electronic copy of the foregoing document on Defendants' counsel at palancalaw@sbcglobal.net

Dated: June 22, 2016

> */s/ Matthew W. Herrington*
> Matthew W. Herrington
> Georgia Bar No. 275411

3