## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JONATHAN THOMAS

                Plaintiff,                            CIVIL ACTION FILE

vs.                                            1:14-CV-619-MHC

GREASE GUARD, LLC d/b/a
ROOFTOP SOLUTIONS
                Defendant.

## J U D G M E N T

      This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Motion to Confirm Arbitration Award, and the Court having **GRANTED** Plaintiff's said motion, it is

      **Ordered and adjudged** that the Plaintiff recover from Defendant Grease Guard, LLC  an Arbitration Final Award of $3,000.00 in compensatory damages, $33,485.92 in attorneys' fees and costs, and $3,398.57 in costs.

      Dated at Atlanta, Georgia, this 6th day of February, 2018.

                        JAMES N. HATTEN
                        CLERK OF COURT

                By:  s/ Brittney Walker_____
                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 6, 2018
James N. Hatten
Clerk of Court

By:  s/ Brittney Walker_____
        Deputy Clerk